CADES SCHUTTE LLP
A Limited Liability Law Partnership

THEODORE D. C. YOUNG    5735-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 540-5072
Email: tyoung@cades.com

Attorneys for Creditor
ALOHA INVESTMENT GROUP, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>TROY TAKA FUJITANI AND<br>NICOLE LEHUA FUJITANI,<br><br>          Debtors. | CASE NO. 10-00321<br>(Chapter 7) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the firm of Cades Schutte LLP A Limited Liability Law Partnership hereby enters its appearance on behalf of ALOHA INVESTMENT GROUP, LLC ("Aloha Investment"), a creditor and party-in-interest herein, pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Bankruptcy Rules.

Pursuant to Section 1109(b) of the Bankruptcy Code, Rules 1009, 2002, 3013, 3017, 4001, 6004, 9007, 9019 and 9022 and other applicable Rules of the Bankruptcy Rules and any applicable Local Bankruptcy Rules, Aloha Investment requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

>THEODORE D. C. YOUNG, ESQ.
>Cades Schutte LLP
>1000 Bishop Street, 12th Floor
>Honolulu, Hawaii 96813
>Telephone No.: (808) 521-9200
>Fax No.: (808) 540-5072
>Email: tyoung@cades.com

In addition thereto, Aloha Investment requests, pursuant to Section 1109(b) of the Bankruptcy Code, and the applicable Rules of the Bankruptcy Rules and Local Bankruptcy Rules, that all applications, complaints, demands, motions, petitions, requests, statements, schedules, stipulations, orders, and other pleadings and any notices thereof which affect or seek to affect in any way any of the rights or interests of any creditor or parties-in-interest in this case, including but without limitation to Aloha Investment, with respect to the Debtors or any property of the Debtors or of the Debtors' estate be given to and served upon the undersigned at the address set forth above.

Nothing herein or otherwise, including but without limitation to any later appearance, pleading, claim, or action, is intended or shall be deemed to be a

waiver, release or modification by Aloha Investment of its (a) right to have final orders in noncore matters entered after de novo review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which Aloha Investment is or may be entitled, all of which are hereby expressly reserved.

DATED: Honolulu, Hawaii, February 18, 2010.

CADES SCHUTTE LLP
A Limited Liability Law Partnership


/s/ Theodore D. C. Young
THEODORE D. C. YOUNG

Attorneys for Creditor
ALOHA INVESTMENT GROUP, LLC

ImanageDB:1283131.1

3